# EXHIBIT 1

- oneforest.com
- playfortrees.org
- playfortrees.com
- naturesolution.io
- onecarbon.io
- forestsolutions.io
- oneforest.io
- globalforestsolutions.io
- globalforestsolutions.co
- forestcarbon.io
- forestimpact.io
- onetreecarbon.com
- onetreecarbon.io
- onetreecarbon.org
- onetreeplantedcarbon.com
- onetreeplantedcarbon.org
- ontreeplantedcarbon.io
- forestbasedsolutions.com
- schooltreechallenge.com
- carbonprojects.io
- naturesolutions.io
- forestcarbonsolutions.com
- onetree.org
- oneplantedtree.org
- oneplantedtree.ca
- oneplantedtree.com
- oneforest.earth
- carboncapture.io
- onetreeplanted.earth
- one-planet.io
- plantatreeday.io
- treesforlife.io
- planttreeday.com
- planttreeday.org
- sayatree.com
- sayatree.org
- treecember.org
- onetreeplanted.org
- treeplantingchallenge.com
- treecember.ca
- onetreeplanted-globalforestwatch.org
- onetreeplanted.info
- milliontreechallenge.us
- milliontreechallenge.info
- carbon-footprint.net
- deforestation-facts.com
- deforestationforkids.com
- onetreeplanted.ca
- onetreeplanted.net
- onetreeplanted.com
- 1treeplanted.mobi
- onetreeplanted.mobi
- 1treeplanted.info
- 1treeplanted.ca
- 1treeplanted.net
- 1treeplanted.com
- 1treeplanted.org