# EXHIBIT 2



**THE GATHERING**

# Invoice

Cult Collective Ltd.
1025 - 10th Street SE
Calgary, AB T2G 3E1
Canada
Phone: 403-608-3289

| | |
|---|---|
| Invoice # | INV-17293 |
| Invoice Date | 6/1/2024 |
| Due Date | 7/1/2024 |
| Terms | Net 30 |

9457-0918 Quebec Inc. dba One Tree Planted
Matt Hill
5403 Coolbrook
Montreal, QC H3X 2L3

The following invoice is for The Gathering Partnership 2024 per executed MSA signed April 6, 2024.

Payment schedule as follows:
* 50% due: May 1, 2024 - $25,000 USD
* 50% due: July 1, 2024 - $25,000 USD

| | |
|---|---:|
| The Gathering Partnership 2024 (Invoice 2 of 2) | 25,000.00  * |
| Invoice Subtotal | 25,000.00 |
| GST | 1,250.00 |
| Invoice Total (USD) | 26,250.00 |
| Amount Due (USD) | 26,250.00 |

GST NO. 801982505 RT0001
Client will pay interest on overdue amounts at a rate of interest equal to 2% percent per month.
Please send eTransfers and payment advice to accounting@cultideas.com
If you would like to pay by Wire, EFT, or ACH. Please reach out to the above email address for banking details.