UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MATTHEW HILL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ONE TREE PLANTED, INC.,<br><br>　　　　　　Defendant. | Docket No. 2:24-cv-00547-gwc |

## DISCOVERY CERTIFICATE

　　　I hereby certify that on the 6th day of May, 2025, I, Lisa B. Shelkrot, Attorney for Defendant One Tree Planted, Inc., caused to be served Defendant's Notice of Deposition of Plaintiff Matthew Hill Pursuant to Federal Rule of Civil Procedure 30(B)(1) *and* Notice of Deposition of Plaintiff One Tree LLC Pursuant to Federal Rule of Civil Procedure 30(B)(6), via email to all other parties to this case as follows:

　Gary L. Franklin, Esq.
　Primmer Piper Eggleston & Cramer PC
　30 Main Street, Suite 500
　P.O. Box 1489
　Burlington, VT 05402-1489
　gfranklin@primmer.com
　*Attorneys for Plaintiff*

　　　DATED at Burlington, Vermont this 6th day of May, 2025

LANGROCK SPERRY & WOOL, LLP



Lisa B. Shelkrot
210 College Street, Suite 400
Burlington, VT 05401
lshelkrot@langrock.com
Phone:  (802) 864-0217

Attorneys for Defendant One Tree Planted, Inc.

2544042.v1

2