NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Matthew Hill,
One Tree LLC

    v.                        Case No. 2:24-cv-547

One Tree Planted, Inc.

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Monday, May 12, 2025 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a hearing on Joint Motion for Issuance of Letters Rogatory (Doc. 47) via videoconference.

Location: via videoconference                JEFFREY S. EATON, Clerk
                                                          By: /s/ Emerson F. Howe
                                                          Deputy Clerk
                                                          5/7/2025

TO:

Gary L. Franklin, Esq.

Calvin R. Nelson, Esq.
Lisa B. Shelkrot, Esq.
Roger A. Colaizzi, Esq.
Sara R. Krastins, Esq.