UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

Case No. 2:24-cv-00547-gwc

Matthew Hill and One Tree LLC

    Plaintiff,

v.

One Tree Planted, Inc.,

    Defendant.

## **DISCOVERY CERTIFICATE**

This is to certify that true and accurate copies of ***Plaintiff Matt Hill's Response to One Tree Planted, Inc.'s Second Set of Interrogatories, Response to One Tree Planted, Inc.'s Second Request for the Production of Documents,*** and ***Bates Nos. HILL003290-HILL003313*** were served via e-mail upon the following on the date stated below:

| | |
|---|---|
| Lisa B. Shelkrot, Esq. | Roger A. Colaizzi, Esq. |
| Langrock Sperry & Wool | Calvin R. Nelson |
| 210 College Street, Suite 400 | Venable LLP |
| Burlington, VT 05401 | 600 Massachusetts Ave., NW |
| lshelkrot@langrock.com | Washington, DC 20001 |
| | RColaizzi@venable.com |
| | CRNelson@Venable.com |
| | |
| | Sara R. Krastins, Esq. |
| | Venable LLP |
| | 151 West 42nd Street, 49th Flr |
| | New York, NY 10036 |
| | SRKrastins@venable.com |

Dated: May 16, 2025

PRIMMER PIPER EGGLESTON & CRAMER PC

By: */s/ Gary Franklin*

Gary Franklin, Esq.
30 Main Street, Suite 500
P.O. Box 1489
Burlington, VT 05402-1489
Phone: (802) 864-0880
Email: gfranklin@primmer.com

*Attorneys for Matt Hill and One Tree LLC*