UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Matthew Hill & One Tree LLC            ,    )
                                            )
        Plaintiff(s),                       )
                                            )
    v.                                      )    Civil Action No. 2:24-cv-547
                                            )
One Tree Planted, Inc.                 ,    )
                                            )
        Defendant(s).                       )

## EVALUATOR'S REPORT

Please select one:

✔ First Session Report
☐ Second Session Report
☐ Third Session Report
☐ Corrected/Revised Report
☐ Supplemental Report
☐ Other

Gregory S. Clayton, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):**   **Date of session:**   **Start time:**   **Finish time:**
6/17/2025        9:00 am                2:45 pm

**(j)(1)(B):**   **Names of attendees:**                        **Role:**              **Settlement authority:**
                                                                                       (check only where applicable)

Matthew Hill                                   Plaintiff                ✔
Gary Franklin & Madison Prokott                Plaintiff's counsel      ___
Hank Lynch (One Tree Planted)                  Defendant rep            ✔
Shalon Zeferjahn (One Tree Planted)            Defendant rep            ___
Roger Colaizzi & Calvin Nelson                 Defense counsel          ___
Sara Krastins & Andrew Steinberg               Defense counsel          ___

**(j)(1)(C):** **Substitute arrangements regarding attendance:**
None

**(j)(1)(D):** **Date parties' Evaluation Statements received by Evaluator:**
　　　　　　**Plaintiff(s):**　**Date:**　6/13/2025
　　　　　　**Defendant(s):**　**Date:**　6/13/2025

**(j)(1)(E):** **Oral presentations:**
By plaintiff's counsel; waived by defense

**(j)(1)(F):** **Results of session:**
**(j)(1)(F)(i):**　　✔ Full settlement　　　☐ Partial settlement

　　　　　　　　☐ No settlement

**(j)(1)(F)(ii):** **Stipulation to narrow the scope of dispute:**　　　✔ N/A

**(j)(1)(F)(iii):** **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:**　　　✔ N/A

**Scheduling another ENE session:**　　☐ Yes　　✔ No

**Other comments** (please refer to L.R. 16.1(j)(2)):
As a result of extensive negotiations following the ENE, the parties have agreed to a settlement but will be filing a joint motion to stay to allow time to draft and execute a comprehensive settlement agreement.

Dated at  Camden, Maine   on this  10th  day of  July      ,  2025 .

　　　　　　　　　　　　　　　　　　　　/s/ Gregory S. Clayton
　　　　　　　　　　　　　　　　　　　　Gregory S. Clayton
　　　　　　　　　　　　　　　　　　　　Evaluator

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Matthew Hill & One Tree LLC    ,    )
                                   )
         Plaintiff(s),              )
                                   )
         v.                         )         Civil Action No. 2:24-cv-547
                                   )
One Tree Planted, Inc.        ,    )
                                   )
         Defendant(s).              )

**CERTIFICATE OF SERVICE**

I, Gregory S. Clayton, the Early Neutral Evaluator in the above-referenced matter, do hereby certify that on the 10th day of July, 2025, I served a copy of the foregoing Evaluator's Report on the parties as indicated below.

| All counsel of record | ✔ CM/ECF | ___ CM/ECF | ___ CM/ECF |
|---|---|---|---|
| | ___ U.S. Mail | ___ U.S. Mail | ___ U.S. Mail |
| | ___ Hand | ___ Hand | ___ Hand |

Dated at Camden, Maine on this 10th day of July, 2025.

/s/ Gregory S. Clayton
Gregory S. Clayton
Evaluator